Case 6:13-cv-00037-CEM-KRS   Document 17   Filed 02/10/14   Page 1 of 2 PageID 661

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DIANNE LOWE CUTHBERTSON,

      Plaintiff,

v.          Case No: 6:13-cv-37-Orl-36KRS

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## **ORDER**

This cause is before the Court on the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on January 10, 2014 (Doc. 16). Magistrate Judge Spaulding recommends reversing the Commissioner's decision and remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Administrative Law Judge's findings of fact are not all supported by substantial evidence in the record. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 16) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The final decision of the Commissioner is **REVERSED.** This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3) The Clerk is directed to enter a judgment in favor of Plaintiff and to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2014.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Karla R. Spaulding