UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIANNE LOWE CUTHBERTSON,**

    **Plaintiff,**

v.                                            **Case No: 6:13-cv-37-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

This cause is before the Court on the Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 19) filed on March 18, 2014. In the Petition, the Plaintiff requested an award of attorney's fees and that the award be paid directly to the Plaintiff's counsel. (Doc. 19 at 3). The United States Magistrate Judge Karla R. Spaulding filed a Report and Recommendation on July 15, 2014, recommending that the Plaintiff's Petition be granted in part and that the Commissioner of Social Security be directed to pay to the Plaintiff attorney's fees in the total amount requested. (Doc. 21 at 1, 3).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 21) filed on July 15, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 19) filed on March 18, 2014, is hereby **GRANTED in part**. The Plaintiff is awarded attorney's fees in the amount of $2,416.30. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff in this amount.

3. The Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 19) is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record